# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS HERNANDEZ, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>NISSAN NORTH AMERICA, INC., a Delaware Corporation, and DOES 1 through 10, inclusive,<br><br>Defendants, | Case No.: **5:24-cv-01689-JGB-SP**<br><br>**ORDER OF DISMISSAL** |

|   |   |
|---|---|
| 1 | Based on the stipulation of the parties, and good cause appearing therefore, |
| 2 | the stipulation is granted. The entire action, including all claims and counterclaims |
| 3 | stated herein against all parties, is hereby ORDERED dismissed with prejudice. |

**IT IS SO ORDERED.**

DATE: November 13, 2025

_____
Hon. Jesus G. Bernal